```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
                                              :
DAIMLERCHRYSLER SERVICES                      :
NORTH AMERICA LLC,                            :    CASE NO. 4:05-CV-2848
                                              :
            Plaintiff,                        :
                                              :
vs.                                           :    ORDER & OPINION
                                              :    [Resolving Doc. No.90]
LABATE CHRYSLER, JEEP, DODGE,                 :
INC., et al.                                  :
                                              :
            Defendants.                       :
                                              :
------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff DaimlerChrysler Services North America LLC ("Chrysler Financial") moves for partial summary judgment on the issue of liability against the Defendants, Labate Chrysler, Jeep, Dodge, Inc., *et al.* ("Labates"). [Doc. 90.]  Ohio Edison Penn Power Credit Union and Seven Seventeen Credit Union, Intervening Plaintiffs/Counter-Claimants (the "intervening parties"), also assert claims against the Defendants and the Plaintiff. [Docs. 50, 51.]  Specifically, each of the intervening parties asserts a claim against the Defendants on a defaulted loan and asserts a claim against the Plaintiff, alleging that it has a priority security interest in certain collateral that the Plaintiff repossessed.  *Id.*  The intervening parties' claims are retained for later determination.  For the reasons set forth below, the Court **GRANTS** Plaintiff's motion for partial summary judgment on the issue of liability.

On August 23, 2006, the Defendants filed a proposed consent to partial summary

Case No. 4:05-CV-2848
Gwin, J.

judgment in favor of the Plaintiff (the "proposed consent"). [Doc. 103.]  The terms of the Defendants' proposed consent, which the Court accepts, are as follows:

> The Defendants consent to summary judgment in favor of Chrysler Financial on all issues as to liability.  *Id.*  Additionally, the Defendants agree to be jointly and severally liable to the extent and in the amount of damages proven.  *Id.*  Further, the Defendants consent to summary judgment in favor of Chrysler Financial on the claims in the Plaintiff's Complaint for non-monetary damages.  *Id.*  Specifically, Defendants consent to the Plaintiff's claims in Counts IV and V for replevin and injunctive relief.  *Id.*  Accordingly, Defendants assert that the interim relief granted by the Court was proper and any bond may be released.  *Id.*

> Additionally, the Defendants consent to summary judgment in favor of Chrysler Financial regarding the Defendants' counterclaims.  *Id.*  With respect to Chrysler Financial's monetary claims, the Defendants propose that the parties proceed with an additional summary proceeding and/or trial to resolve the issue of damages.  *Id.*  Additionally, the Defendants propose that the Court's previous Order concerning discovery cutoff, status conferences, pretrial and trial dates shall continue.  *Id.*

For the reasons discussed above, the Court **GRANTS** the Plaintiff's motion for partial summary judgment on the issue of liability.

IT IS SO ORDERED.

Dated: August 30, 2006                          s/          *James S. Gwin*
                                                JAMES S. GWIN
                                                UNITED STATES DISTRICT JUDGE